UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GLORIA B. BARFIELD** | **CIVIL ACTION NO. 05-2218** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM RULING

Plaintiff Gloria B. Barfield ("Barfield") filed this lawsuit on November 8, 2005, in the Fourth Judicial Court for the Parish of Ouachita, State of Louisiana, against Defendants the State of Louisiana through the Louisiana Department of Justice; Charles C. Foti, Jr., the Attorney General for the State of Louisiana; and Kristen Widmer ("Widmer"), an investigator for the Medicaid Fraud Control Unit of the Louisiana Department of Justice.  Barfield asserts claims against all Defendants pursuant to 42 U.S.C. § 1983 for alleged violations of the Fourth and Fourteenth Amendments to the United States Constitution.  Barfield asserts her constitutional claims against Widmer in her individual and official capacity and further asserts state law claims against Widmer individually for false imprisonment, false arrest, defamation, negligence, gross negligence, illegal detention, invasion of privacy, and interference with liberty.

Defendants have never filed a motion to dismiss, but on June 18, 2007, one and one-half years after the Complaint was filed, Defendants filed a Motion for Summary Judgment [Doc. No. 17].  Defendants assert the defense of qualified immunity.  On the same date, Defendants filed a Motion for Protective Order [Doc. No. 19], contending that no discovery should be conducted before the Court rules on their pending Motion for Summary Judgment.

Magistrate Judge Karen L. Hayes issued an electronic order on June 18, 2007, requiring Barfield to respond expeditiously. Barfield filed a response on June 21, 2007.

On June 26, 2007, Magistrate Judge Hayes issued an electronic order denying the Motion for Protective Order on the basis that the "discovery presently scheduled by plaintiff is relevant to the pending motion for summary judgment, and therefore may proceed."

On June 27, 2007, Defendants filed a "Motion for Amendment of Order (Fed. R. App. Proc. 5(a)(3)/28 U.S.C. 1292 ) and Motion for Stay Pending Petition for Appeal (Fed. R. App. Proc. 8(a)(1)) and Motion for Expedited Consideration" [Doc. No. 25]. Barfield has filed a response to this motion. [Doc. No. 26].

Having fully reviewed the parties' memoranda, the Court finds that Magistrate Judge Hayes correctly denied the Motion for Protective Order. As the United States Court of Appeal for the Fifth Circuit stated in Wicks v. Mississippi State Employment Servs., 41 F.3d 991 (5th Cir. 1995), "a party asserting the defense of qualified immunity is not immune from all discovery, only that which is 'avoidable or overly broad.'" Id. at 994 (quoting Lion Boulos v. Wilson, 834 F.2d 504, 507 (5th Cir. 1987)). Barfield's Complaint is not conclusory, but offers specific facts to the extent of her apparent knowledge. As the "facts upon which the defense of qualified immunity turn[s]" do not appear to be undisputed in this case, the Court needs clarification of those facts in order to rule on the Motion for Summary Judgment. See id. 994 n. 9. Therefore, the Court agrees with Magistrate Judge Hayes that limited discovery should be allowed in this case, solely on the issues

2

pertaining to the qualified immunity defense.

MONROE, LOUISIANA, this 27th day of June, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE