UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GLORIA B. BARFIELD** | **CIVIL ACTION NO. 05-2218** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendants' "Motion for Amendment of Order (Fed. R. App. Proc. 5(a)(3)/28 U.S.C. 1292 ) and Motion for Stay Pending Petition for Appeal (Fed. R. App. Proc. 8(a)(1)) and Motion for Expedited Consideration" [Doc. No. 25] is GRANTED IN PART and DENIED IN PART. To the extent that Defendants sought expedited consideration, the motion is GRANTED. To the extent that Defendants sought a stay pending appeal to the United States Court of Appeal for the Fifth Circuit and for an amendment of the order permitting an immediate appeal, Defendants' motion is DENIED.

IT IS FURTHER ORDERED that the depositions currently scheduled for June 28-29, 2007, are permitted to proceed, but are limited to discovery of facts necessary to respond to the defense of qualified immunity.

MONROE, LOUISIANA, this 27th day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE